CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 20 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES BOYD, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:06cv00225 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| JEREMIAH SMALLWOOD, | ) | By: Samuel G. Wilson |
|     Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 20th day of April, 2006.

/s/ Samuel G. Wilson
United States District Court Judge